**Petition for Writ of Mandamus Denied and Corrected Memorandum Opinion filed November 20, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00973-CV

## IN RE DARRELL J. HARPER, Relator

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS

**Local Administrative District Judge**
**Harris County, Texas**

## MEMORANDUM OPINION

We withdraw our opinion of November 13, 2018, and issue this corrected opinion

On November 6, 2018, relator Darrell J. Harper filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the

Honorable Robert K. Schaffer, local administrative judge of Harris County, to vacate his order dated October 25, 2018, denying relator's petition for leave to file a civil suit against the State of Texas and Governor Greg Abbott.

To obtain mandamus relief, a relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that the trial court clearly abused its discretion. We therefore deny relator's petition for writ of mandamus.

On November 15, 2018, relator filed a motion for rehearing. We deny the motion for rehearing.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell.